The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| COALVIEW CENTRALIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRANSALTA CENTRALIA MINING LLC, a Washington limited liability company, and TRANSALTA CORPORATION, a Canadian corporation,<br><br>Defendants. | NO.   3:18-CV-05639-RBL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL** |

This matter comes before the Court on Defendant TransAlta Centralia Mining, LLC's Motion to Compel Discovery Responses. The motion is granted for the reasons stated therein. Accordingly:

1. Coalview's position that claims seeking damages incurred before May 25, 2018 are barred under the parties' agreement does not shield it from discovery of documents and information dated, created, or concerning the time period before May 25, 2018.

2. Coalview is ordered to respond to all of TransAlta's pending discovery requests—including but not limited to TransAlta's interrogatories numbers 3 and 7 and TransAlta's requests for production numbers 4–17, 20, 21, 25—without objection that the

requested documents or information are irrelevant or outside the temporal scope of permissible discovery.

3. The motion is **DENIED** as to Interrogatory 2 and Request for Production Numbers 28 and 30.

DATED this 8th day of July, 2019.

Ronald B. Leighton
United States District Judge