HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COALVIEW CENTRALIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRASALTA CENTRALIA MINING LLC, A Washington limited liability company, and TRANSALTA CORPORATION, a Canadian corporation,<br><br>Defendants. | CASE NO. C18-5639RBL<br><br>ORDER |

THIS MATTER is before the Court on Plaintiff's Motion to Compel Production of Documents Outstanding in Response to Plaintiff's Request for Production [Dkt. #143] and in Transalta Centralia Mining, LLC's Motion to Compel Discovery Responses [Dkt. #145]. The Court has reviewed the materials for and against the motions. Based on the review of the material, the Court **GRANTS** the Plaintiff's Motion to Compel with a deadline for response of production on July 30, 2019. The Court **DENIES** Transalta's Motion to Compel: the request for financial information beyond publicly available information is burdensome.

ORDER - 1

1   The Court **DENIES** reciprocal motions for terms or attorneys' fees against the opposing
2   parties.
3   Dated this 11th day of July, 2019.

Ronald B. Leighton
United States District Judge

ORDER - 2