# EXHIBIT B

Lorraine Barrick, CPA/ABV/CFF, ASA, CFE                                    Expert Testimony 2015-Present

| Year | Case Name | Description | Case # |
|------|-----------|-------------|--------|
| 2015 | Lacey Marketplace Associates II, LLC v. United Farmers of Alberta Cooperative, Limited, et al./Burlington Retail, LLC v. United Farmers of Alberta Cooperative, Limited, et al. | Deposition Testimony in United States District Cour Western District of Washington at Seattle | No. 2:3-cv-00383-JLR |
| 2015 | OptiStor Technologies, Inc. v. Nutanix, Inc. and Cary Morimoto | Deposition Testimony in King County Superior Court | No. 13-2-35339-3 SEA |
| 2015 | In re the Marriage of Kara Hobbs, Petitioner, and Forrest Hobbs, Respondent | Trial Testimony in the Superior Court of Washington, County of King | No. 14-3-00985-6 SEA |
| 2015 | In Re Gross Family Trust | Deposition Testimony in the Superior Court of the State of Washington In and For the County of King | No. 14-4-01540-0 SEA |
| 2015 | Somerset Communications Group, LLC, v. Wall to Wall Advertising, Inc. et al. | Deposition Testimony in the United States District Court for the Western District of Washington | No. 2:13 cv 02084 JCC |
| 2015 | CMS Investment Holdings, LLC v. Jennifer Wilson-Harvey, et al. | Trial Testimony in the Denver District Court, City and County of Denver, State of Colorado | No. 2014CV31093 |
| 2015 | King and Mockovak Eye Center, Inc., P.S. and Clearly Lasik, Inc. v. Michael Mockovak, M.D. and related counter and cross claims | Deposition and Trial Testimony in the Superior Court of the State of Washington in and for the County of King | No. 09-2-42328-8 |
| 2015 | Prima Technology, Inc. v. Alux, Inc. et al. | Trial Testimony in Superior Court, Snohomish County | No. 10-2-02998-1 |
| 2015 | Fidelitad, Inc., v. Insitu, Inc. | Deposition Testimony in the United States District Court for the Eastern District of Washington | No. 2:13-cv-03128-TOR |
| 2016 | Frith Maier v. Sesame Communications, Inc. | Deposition Testimony in the Superior Court of Washington, County of King | No. 14-2-33851-1-SEA |
| 2016 | Stehen Mark Seavecki v. Sujata Rao | Trial Testimony in Superior Court of Washington, County of King | No. 14-3-05421-5-SEA |
| 2016 | Steven K. Erickson v. Diep Gregg | Trial Testimony in Superior Court of Washington, County of Snohomish | No. 14-3-02000-9 |
| 2016 | Dawn M. Derby vs. Allergan, USA, Inc. | Arbitration Testimony, Boise Idaho | HTEH No. 81700-0046 |
| 2016 | Richards v. Thermal Hydra Plastics, LLC, et al. | Deposition Testimony in the Superior Court of the State of Washington In and For the County of King | No. 15-2-14245-3  SEA |
| 2016 | Lucas Price v. Daniel Price | Deposition and Trial Testimony in the Superior Court of the State of Washington in and for the County of King | No. 15-2-10178-1 |
| 2016 | Intersections Inc. v. Costco Wholesale Corporation | Deposition Testimony for Arbitration-- International Institute for Conflict Prevention & Resolution | NA |
| 2016 | Darnell Samuelson and Amy Engels, vs. Patrich Rhodes & Associates, et al. | Deposition Testimony in Superior Court of the State of Washington, King County | No. 15-2-20352-5 KNT Consolidated with No. 15-2-30487-9 KNT |
| 2016 | Ruth Jelinek v. American National Property and Casualty Co, d/b/a ANPAC Insurance Company | Trial Testimony in United States District Court Western District of Washington at Seattle | No. C15-779-RAJ |
| 2017 | ATM Shafiqul Khalid vs. Citrix Systems, Inc. | Deposition Testimony in Superior Court of the State of Washington, King County | No.  15-2-24309-8 SEA |

LORRAINE BARRICK LLC

Lorraine Barrick, CPA/ABV/CFF, ASA, CFE                    Expert Testimony 2015-Present

| Year | Case Name | Description | Case # |
|------|-----------|-------------|--------|
| 2017 | Martin J. Ericksen and Christine M. Ericksen, v. Qwest Corporation | Deposition Testimony in Superior Court of Washington , King County | No. 16-2-30522-9 SEA |
| 2017 | Jay Burdete v. Tech Mahindra (Americas) Inc. | Deposition Testimony in the United States District Court Western District of Washington at Seattle | No. 2:16-cv-01151-JLR |
| 2017 | Krista L. White; and The Law Offices of Krista L. White & Associates, P.S. v. Suttell, Hammer & White, P.S. | Testimony at Arbitration | NA |
| 2017 | Julie M. Atwood vs. Mission Support Alliance, LLC et al. | Trial Testimony  in Superior Court of the State of Washington for Benton County | No. 15-2-01914-4 |
| 2017 | Chanbir Mann vs. Manish Prasad et al. | Deposition Testimony in Private Arbitration | NA |
| 2017 | Jolan, Inc., and Lance Miyatovich v. Jamison and McFarland, LLC, Michelle Shriki and Shimon Shriki, and Irwin J. Koval | Deposition Testimony in the Superior Court of the State of Washington For King County | No. 15-2-30626-0-SEA |
| 2017 | Chanbir Mann vs. Manish Prasad et al. | Testimony at Arbitration | NA |
| 2018 | Michael Kantor, SLM Holdings Limited, LLC, 3 Wise Ventures, Inc.,and Cabbage Tree Investments, LLC vs. Big Tip, Inc., WhoToo, Inc., Demandbase, Inc., George Bremmer, and Matt Rowlen | Deposition Testimony in United States District Court Western District of Washington at Seattle | No. 2:15-cv-01871-RAJ |
| 2018 | Pryde Johnson Stone Way LLC et al. v. 4035 Stone Way LLC and Zesto's LLC | Deposition and Arbitration Testimony | JAMS Ref. No. 1160021402 |
| 2018 | Robert C. Tauscher, and Bruce L. Huntly v. Lansmont Corporation | Deposition and Arbitration Testimony | Judicial Dispute Resolution, LLC |
| 2018 | Donald L. Hacker, individually, Plaintiff, v. Hacker & Willig, Inc., P.S., a Washington Corporation, Arnold M. Willig, and Jane Doe Willig, individually and the marital community comprised therof, Elizabeth H. Shea, and John Doe Shea, Individually and the marital community comprised therof, Defendants. | Trial Testimony in Superior Court of Washington, County of King | No. 17-2-16424-1 SEA |
| 2018 | ATM Shafiqul Khalid vs. Citrix Systems, Inc. | Testimony at Arbitration | No. 15-2-24309-8 SEA |
| 2018 | State of Washington, Plaintiff, v. Comcast Cable Communications Management, LLC; Comcast Cable Communications, LLC; and Comcast of Colorado/Florida/Michigan/New Mexico/Pennsylvania/Washington, LLC, Defendants. | Deposition testimony in the Superior Court of the State of Washington in and for the County of King | No. 16-2-18224-1 SEA |
| 2018 | Continental Casualty Company, an Illinois company, as subrogee of WeHash Technology, LLP, Plaintiff, v. Neppel Electrical & Controls LLC, a Washington limited liability corporation, and DOES 1-10, Defendants | Deposition Testimony in the Superior Court of the State of Washington In and For the County of Grant | No. 17-2-00330-8 |

LORRAINE BARRICK LLC

Lorraine Barrick, CPA/ABV/CFF, ASA, CFE                    Expert Testimony 2015-Present

| Year | Case Name | Description | Case # |
|------|-----------|-------------|--------|
| 2018 | Bruce A. Wolf, as Guardian ad Litem for Lana Burke; Anna Scott, individually, and Zachary Burke, individually, Plaintiffs, v. GE Healthcare, a subsidiary of General Electric Company; GE Medical Systems Information Technologies, Inc., a foreign corporation; Jefferson County Public Hospital District No. 2 d/b/a Jefferson Healthcare, and Unknown does 1-50, Defendants. | Deposition Testimony in the Superior Court of the State of Washington for Jefferson County | No. 16-2-00167-9 |
| 2018 | Cameron Dollar, Plaintiff, v. Seattle University, Defendant. | Deposition Testimony in the Superior Court of the State of Washington In and For the County of King | NA |
| 2018 | Gunup, Inc., a Delaware corporation licensed to do business in the state of Washington, Plaintiff, v. Media Lodge, Inc., a Delaware corporation; Steve Urvan, an individual; Jeff Siegel, an individual; and Kevin O'Connell, an individual. | Deposition and Trial Testimony in the Superior Court of the State of Washington in and for the County of King | No. 16-2-15005-5 SEA |
| 2018 | Estate of Virgil Victor Becker , Jr., by its Personal Representative, Jennifer L. White v. Avco Corporation et al. | Deposition Testimony in the Superior Court for the State of Washington in and for King County | No. 10-2-26593-7 SEA |
| 2019 | Inteum Company, LLC, Plaintiff, v. National University of Singapore, Defendant. | Deposition Testimony in the United States District Court Western District of Washington | No. 2:17-cv-01252-JCC |
| 2019 | Latosha Evans, an individual, and Leonard Evans and Ruby Evans, a married couple, Plaintiffs, v. Seattle Children's Hospital, a licensed healthcare provider and domestic corporation, Children's University Medical Group, a non-profit organization, John and Jane Does 1-10, Defendants. | Trial Testimony in the Superior Court of the State of Washington for King County | No. 15-2-26711-6 SEA |
| 2019 | State of Washington, Plaintiff, v. Comcast Cable Communications Management, LLC; Comcast Cable Communications, LLC; and Comcast of Colorado/Florida/Michigan/New Mexico/Pennsylvania/Washington, LLC, Defendants. | Trial Testimony in the Superior Court of the State of Washington in and for the County of King | No. 16-2-18224-1 SEA |
| 2019 | Mint Dental, LLC Plaintiff, vs. Chambers Commercial Real Estate, Inc.; Medovate, LLC; Laurel Medical Building Owners Association, Inc., LLC; Laurel Medical, LLC; Bruce A. Chambers, individually; Robert C. Williams, individually; Seven C Investments; and Does 2 through 100, inclusive, Defendants. | Deposition Testimony in the Superior Court of the State of Alaska Third Judicial District At Anchorage | No. 3AN-17-05453 CI |

LORRAINE BARRICK LLC

Lorraine Barrick, CPA/ABV/CFF, ASA, CFE                          Expert Testimony 2015-Present

| Year | Case Name | Description | Case # |
|------|-----------|-------------|--------|
| 2019 | Rebecca McCoy, Plaintiff, vs. Chambers Commercial Real Estate, Inc.; Medovate, LLC; Laurel Medical Building Owners Association, Inc., LLC; Laurel Medical, LLC; Bruce A. Chambers, individually; Robert C. Williams, individually; Seven C Investments; and Does 2 through 100, inclusive, Defendants. | Deposition Testimony in the Superior Court of the State of Alaska Third Judicial District At Anchorage | No. 3AN-18-5492 CI |
| 2019 | Ruiz Fajardo Ingenieros Asociados S.A.S., Plaintiff v. Flow International Corporation, Defendant | Trial Testimony in the United States District Court Western District of Washington | C16-1902-RAJ |
| 2019 | Amtax Holdings 114, LLC, Amtax Holdings 169, LLC and Parkway Apartments, LP) vs. Hidden Hills Management, LLC and 334th Place 2001, LLC | Deposition Testimony in the United States District Court, Western District of Washington at Tacoma | 3:17-cv-06048-RBL |
| 2019 | Charlene Steinhauer, Plaintiff v. Gregory L. Steinhauer, Defendant. | Trial Testimony in the Superior Court of the State of Washington in and for the County of King | No. 18-2-08745-7 SEA |
| 2019 | Spencer D. Pemberton, a single individual, Plaintiff vs. Kelsey J. Corder (ne' Prussing), individually, and John does 1 - 4, Defendants. | Trial Testimony in the Superior Court of the State of Washington in and for the County of King | No. 17-2-18931-6 SEA |

LORRAINE BARRICK LLC