# Exhibit C

| Documents Considered |
|---|
| Master Services Agreement |
| Official Statement regarding WEDFA Environmental Facilities Revenue Bonds 2013 (Coalview Centralia, LLC Project) dated December 20, 2013 |
| Forbearance Agreement dated June 1, 2017 |
| Notice of Forebearance Agreement dated June 6, 2017 |
| Annual Report for Coalview Centralia, LLC for the year ending December 31, 2014 |
| Annual Report for Coalview Centralia, LLC for the year ending December 31, 2015 |
| Annual Report for Coalview Centralia, LLC for the year ending December 31, 2016 |
| Annual Report for Coalview Centralia, LLC for the year ending December 31, 2017 |
| Quarterly Report for Coalview Centralia, LLC for the fiscal quarter ending December 31, 2015 |
| Quarterly Report for Coalview Centralia, LLC for the fiscal quarter ending December 31, 2016 |
| Quarterly Report for Coalview Centralia, LLC for the fiscal quarter ending December 31, 2017 |
| Quarterly Report for Coalview Centralia, LLC for the fiscal quarter ending March 31, 2018 |
| Quarterly Report for Coalview Centralia, LLC for the fiscal quarter ending June 30, 2018 |
| Quarterly Report for Coalview Centralia, LLC for the fiscal quarter ending September 30, 2018 |
| Quarterly Report for Coalview Centralia, LLC for the fiscal quarter ending December 31, 2018 |
| Letter from Bob Nelson to Roger Fish dated March 29, 2019 regarding Notice of Default (COALVIEW_000794-795) |
| Letter from Poonam Patidar to Bob Nelson dated June 27, 2019 |
| COALVIEW_000004 |
| COALVIEW_000007-COALVIEW_000010 |
| COALVIEW_000011-COALVIEW_000028 |
| Coalview Centralia, LLC 2018 Budget Revised dated November 21, 2017 (COALVIEW_000596-607) |
| COALVIEW_000786 - 793 |
| Declaration of Garrett M. Wilson (ECF 165) |