# EXHIBIT E

Coalview Centralia, LLC ("**CVC**")
Quarterly Report
Fiscal Quarter Ending December 31, 2018

This Quarterly Report fulfills the requirements of Section 8.02 of the Loan Agreement between Washington Economic Development Finance Authority and Coalview Centralia, LLC and Section 6 of the Continuing Disclosure Agreement between Coalview Centralia, LLC and U.S. Bank National Association, as Dissemination Agent.  This Quarterly Report will be filed with the MSRB's Electronic Municipal Market Access system no later than 45 days following the end of the quarter.

Each of the following sections provides the corresponding quarterly information required in Section 7 – "Content of Quarterly Reports" of the Continuing Disclosure Agreement.  The content requirement for each section is included in italics for reference at the beginning of each section.

### Section 7.1

*"The unaudited financial statements and operating data for the previous fiscal quarter of the type and in the format provided in audited financial statements of the Company, including the calculation of the Company's Debt Service Coverage Ratio and unrestricted available funds on hand for such quarter."*

>The tables in Attachment #1 provide the unaudited financial statements of CVC during the current quarter.  Also included is the calculation of the Company's Debt Service Coverage Ratio and unrestricted available funds.

### Section 7.2

*"For the last fiscal quarter of each Fiscal Year, a copy of the Company budget for the subsequent Fiscal Year."*

>The 2018 CVC Annual Budget was approved by the bondholders on January 22, 2018.

### Section 7.3

*"A year-to-date comparison of the revenues and expenditures in the unaudited financial statements to the annual budget."*

>The tables in Attachment #1 provide the unaudited financial statements of CVC during the current quarter and include a year-to-date comparison of the revenues and expenditures to the annual budget.

### Section 7.4

*"Recommendations of any consultant received in accordance with the Loan Agreement during such fiscal quarter."*

>No recommendations have been received by any consultant in accordance with the Loan Agreement during the quarter.

- 1 -

**Section 7.5**

*"Notice of any threatened termination of any license, permit or other official approval which is material to the activities of the Company, or of the commencement of any litigation or other governmental or judicial proceeding in which an outcome adverse to the Company could result in a judgment in excess of available insurance coverage or otherwise have a material adverse effect on the operations or financial condition of the Company, and any other event which reasonably could be expected to have a material adverse effect on the operations or financial condition of the Company."*

> There has not been any threatened termination of any license, permit or other official approval which is material to the activities of the Company, or of the commencement of any litigation or other governmental or judicial proceeding in which an outcome adverse to the Company could result in a judgment in excess of available insurance coverage or otherwise have a material adverse effect on the operations or financial condition of the Company except for the following. On June 25, 2018, the Company received a letter from its customer threatening termination of the Project Agreements which is currently in litigation by Coalview.

**Section 7.6**

*"Management discussion of any significant variance between budgeted and actual revenues and expenditures during the previous fiscal quarter."*

> The tables in Attachment #1 provide the unaudited financial statements of CVC during the current quarter and include a comparison of the revenues and expenditures to the annual budget.  Management discussion is included as notes to lines in Attachment #1.

**Section 7.7**

*"Information submitted to a Rating Agency, if any, during the previous fiscal quarter with respect to the Bonds."*

> There has not been any information submitted to a Rating Agency during the previous fiscal quarter with respect to the Bonds.

**Section 7.8**

*"Termination of or notice of any event of default under any Project Agreement."*

> There has not been a termination of or notice of any event of default under any Project Agreement.

Attachment #1

Coalview Centralia, LLC ("**CVC**")
Financial Statements
Fiscal Quarter Ending December 31, 2018

# Coalview Centralia, LLC
## (A Washington Limited Liability Corporation)

### CVC Balance Sheets
### (U.S. Dollars, Unaudited Unless Specified)

|  | Audited Dec. 31, 2017 | Unaudited March 31, 2018 | Unaudited June 30, 2018 | Unaudited Sept. 30, 2018 | Unaudited Dec. 31, 2018 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets:** | | | | | |
| Cash - Unrestricted | 281,232 | 304,289 | 36,153 | 205,796 | 70,319 |
| Cash - Restricted | 2,652,576 | 2,309,881 | 3,798,721 | 2,191,317 | 1,848,755 |
| Other Current Assets | 1,095,252 | 1,601,918 | 432,678 | 2,031,500 | 2,671,539 |
| Total Current Assets | 4,029,059 | 4,216,088 | 4,267,552 | 4,428,612 | 4,590,613 |
| **Fixed/Intangible Assets:** | | | | | |
| Fine Coal Recovery Plant | 15,778,605 | 15,257,043 | 14,657,452 | 14,055,860 | 13,457,935 |
| Debt Issuance Costs | - | - | - | - | - |
| Total Fixed Assets | 15,778,605 | 15,257,043 | 14,657,452 | 14,055,860 | 13,457,935 |
| **TOTAL ASSETS** | **19,807,664** | **19,473,130** | **18,925,004** | **18,484,473** | **18,048,549** |
| **LIABILITIES & EQUITY** | | | | | |
| **Current Liabilities:** | | | | | |
| Accounts Payable | 3,607,046 | 2,940,353 | 3,790,853 | 4,817,136 | 6,283,984 |
| **Long Term Liabilities:** | | | | | |
| Bonds Payable | 17,860,002 | 17,649,219 | 17,289,827 | 16,930,435 | 16,595,766 |
| Other Current Liabilities | 911,734 | 872,665 | 855,580 | 886,185 | 948,451 |
| Equipment Loans/Leases | 871,551 | 826,673 | 781,062 | 727,784 | 691,211 |
| Asset Retirement | 189,975 | 189,975 | 189,975 | 189,975 | 189,975 |
| Total Long Term Liabilities | 19,833,262 | 19,538,532 | 19,116,444 | 18,734,378 | 18,425,403 |
| **Total Liabilities** | **23,440,308** | **22,478,885** | **22,907,297** | **23,551,515** | **24,709,387** |
| **Equity:** | | | | | |
| Capital Contribution | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 |
| PY Income/(Loss) | (6,677,994) | (6,677,994) | (6,677,994) | (6,681,045) | (6,677,994) |
| CY Income/(Loss) | 45,350 | 672,239 | (304,299) | (1,385,997) | (2,982,844) |
| Total Equity | (3,632,644) | (3,005,755) | (3,982,293) | (5,067,042) | (6,660,838) |
| **TOTAL LIABILITIES & EQUITY** | **19,807,664** | **19,473,130** | **18,925,004** | **18,484,473** | **18,048,549** |

# Coalview Centralia, LLC
### (A Washington Limited Liability Corporation)

### CVC Statements of Profit/Loss
### (U.S. Dollars, Unaudited Unless Specified)

*Note: Variances are reported as favorable/(unfavorable)*

|  | Quarter Ending December 31, 2018 | Budget Quarter Ending December 31, 2018 | Quarter Variance to Budget | Note # | Year-To-Date Ending December 31, 2018 | Budget YTD Ending December 31, 2018 | Y-T-D Variance to Budget |
|---|---:|---:|---:|:---:|---:|---:|---:|
| **Slurry, Dry Tons** | 211,786 | 385,968 | (174,182) | 1 | 1,011,183 | 1,539,486 | (528,303) |
| **Fine Coal, Clean Tons** | 12,291 | 77,194 | (64,903) | 1 | 54,252 | 307,897 | (253,645) |
| **Total Revenue** | 1,865,198 | 2,281,016 | (415,818) | 1 | 8,901,413 | 12,433,128 | (3,531,715) |
| **Ordinary Expenses:** | | | | | | | |
| Payroll Expense | 596,878 | 618,822 | 21,944 | | 2,269,908 | 2,369,347 | 99,439 |
| Fuel & Lube | 10,408 | 7,150 | (3,258) | | 34,165 | 28,600 | (5,565) |
| Electric Power | 56,283 | 56,283 | - | | 262,654 | 225,132 | (37,522) |
| Chemicals | 350,588 | 561,000 | 210,412 | 2 | 1,505,139 | 1,856,500 | 351,361 |
| Equipment Expense | 172,639 | 117,848 | (54,791) | 3 | 667,323 | 693,010 | 25,687 |
| Contract Services | 12,318 | 12,522 | 204 | | 82,305 | 136,735 | 54,431 |
| Office | 9,372 | 8,604 | (767) | | 70,253 | 29,668 | (40,585) |
| Travel | 1,410 | 13,500 | 12,090 | | 14,416 | 45,000 | 30,584 |
| Insurance | 77,346 | 45,803 | (31,544) | | 260,124 | 252,803 | (7,322) |
| Royalties & Fees | 15,384 | 96,492 | 81,108 | 4 | 64,842 | 384,872 | 320,030 |
| Administrative Costs | 498,966 | 246,280 | (252,686) | 5 | 1,367,897 | 1,063,100 | (304,797) |
| **Total Expense** | 1,801,591 | 1,784,304 | (17,287) | | 6,599,026 | 7,084,766 | 485,740 |
| **Net Ordinary Income** | 63,607 | 496,713 | (433,105) | | 2,302,387 | 5,348,362 | (3,045,975) |
| **Other Income/Expense:** | | | | | | | |
| Interest Income | 9,406 | 6,000 | 3,406 | | 38,291 | 24,000 | 14,291 |
| **Total Other Income** | 9,406 | 6,000 | 3,406 | | 38,291 | 24,000 | 14,291 |
| Interest Expense | 538,971 | 490,740 | (48,231) | 6 | 1,920,448 | 2,008,157 | 87,710 |
| Depreciation | 601,994 | 592,840 | (9,154) | | 2,380,514 | 2,371,360 | (9,154) |
| Amort. & Accretion | 104,359 | 104,359 | - | | 417,435 | 417,435 | - |
| Other Expense | 8,039 | 19,500 | 11,461 | | 163,541 | 199,243 | 35,702 |
| **Total Other Expense** | 1,253,363 | 1,207,439 | (45,924) | | 4,881,938 | 4,996,196 | 114,258 |
| **Net Other Income** | (1,243,957) | (1,201,439) | (42,518) | | (4,843,647) | (4,972,196) | 128,549 |
| **Net Income/(Loss)** | (1,180,350) | (704,726) | (475,624) | 7 | (2,541,260) | 376,166 | (2,917,426) |

| Note | Management Discussion – Quarter Variances from Budget |
|:---:|---|
| 1 | **Slurry production and associated revenue were significantly below budget due to continued difficult conditions with cattails and hard in-situ slurry material in the pond. Coal production remains lower than projected.** |
| 2 | **Lowered production for the quarter reduced chemical requirements.** |
| 3 | **Unfavorable variance due to delay in budgeted road building project.** |
| 4 | **Low coal recoveries resulted in a favorable variance in royalty expenses.** |
| 5 | **Higher legal expenses for the quarter resulted in an unfavorable variance.** |
| 6 | **Higher Bond interest accrual for August 2018 bonds resulted in a unfavorable variance.** |
| 7 | **Lower production than budgeted for the quarter resulted in an unfavorable net income.** |

# Coalview Centralia, LLC
## (A Washington Limited Liability Corporation)

### CVC Statements of Cash Flows
### (U.S. Dollars, Unaudited Unless Specified)

|  | Audited Qtr Ending December 31, 2017 | Unaudited Qtr Ending March 31, 2018 | Unaudited Qtr Ending June 30, 2018 | Unaudited Qtr Ending September 30, 2018 | Unaudited Qtr Ending December 31, 2018 |
|---|---|---|---|---|---|
| **Net Income** | (184,396) | 672,236 | (976,535) | (1,056,614) | (1,180,350) |
| **OPERATING ACTIVITIES** | | | | | |
| Accounts Receivable | (148,235) | (506,666) | 1,169,240 | (1,595,582) | (240,039) |
| Surety Bond | 0 | 0 | 0 | 0 | (400,000) |
| Bond Payment Escrow | 590,000 | (2,480,000) | 0 | 0 | 0 |
| Due to/from Affiliate | 437,088 | 0 | 0 | 0 | 0 |
| Accounts Payable | (107,067) | 605,051 | 833,412 | 1,025,514 | 971,780 |
| **Net cash provided by Operating Activities** | 587,390 | (1,709,379) | 1,026,116 | (1,626,682) | (848,609) |
| **INVESTING ACTIVITIES** | | | | | |
| Fine Coal Recovery Plant | 2,290,725 | 521,562 | 599,591 | 601,591 | 610,745 |
| Equipment | - | - | - | - | - |
| Bond Costs | - | - | - | - | - |
| **Net cash provided by Investing Activities** | 2,290,725 | 521,562 | 599,591 | 601,591 | 610,745 |
| **FINANCING ACTIVITIES** | | | | | |
| Bonds Payable | (1,246,356) | 435,224 | (359,392) | (359,392) | (196,892) |
| Loan Payable | (135,749) | 294,008 | - | - | - |
| Asset Retirement | - | - | - | - | - |
| Retained Earnings | - | - | - | - | - |
| Equipment Lease | (50,771) | 138,947 | (45,611) | (53,279) | (43,491) |
| **Net cash provided by Financing Activities** | (1,432,876) | 868,179 | (405,003) | (412,671) | (240,383) |
| **Net cash increase for period** | 1,445,240 | (319,638) | 1,220,705 | (1,437,762) | (478,247) |
| **Cash at beginning of period** | 1,488,568 | 2,933,808 | 2,614,170 | 3,834,874 | 2,397,321 |
| **Cash at end of period** | **2,933,808** | **2,614,170** | **3,834,874** | **2,397,112** | **1,919,074** |

| | |
|---|---|
| **Debt Service Coverage Ratio** | 0.41   ($1,448,664 NI b4 Debt Service / $3,537,767 Debt Service) |
| **Unrestricted Available Funds on Hand** | $ 70,319 |