# EXHIBIT H

## Analysis of Loan Covenants

|  | 2018 | | | | |
|---|---|---|---|---|---|
|  | Q1 | Q2 | Q3 | Q4 | *Source:* |
| Debt Service Coverage Ratio Actual | 1.66 | 1.64 | 0.99 | 0.41 | *Q1, Q2, Q3, & Q4 Quarterly Reporting* |
| Debt Service Coverage Ratio Required | 1.15 | 1.15 | 1.15 | 1.15 | *LOM page 56* |
| *Variance* | *$0.51* | *$0.49* | *($0.16)* | *($0.74)* | |
| | | | | | |
| Debt Service Reserve Fund Actual | $141,407.67 | $150,000.00 | $2,190,918.33 | $1,297,159.71 | *Q1, Q2, Q3, & Q4 Quarterly Reporting* |
| Debt Service Reserve Fund Required | $2,571,718.00 | $2,571,718.00 | $2,571,718.00 | $2,571,718.00 | *LOM Appendix A-4* |
| *Variance* | *($2,430,310.33)* | *($2,421,718.00)* | *($380,799.67)* | *($1,274,558.29)* | |
| | | | | | |
| Operating Reserve Fund Actual | $600,000.00 | $559,180.76 | $0.00 | $0.04 | *Q1, Q2, Q3, & Q4 Quarterly Reporting* |
| Operating Reserve Fund Required | $750,000.00 | $750,000.00 | $750,000.00 | $750,000.00 | *LOM Appendix A-8* |
| *Variance* | *($150,000.00)* | *($190,819.24)* | *($750,000.00)* | *($749,999.96)* | |
| | | | | | |
| Repair and Replacement Fund Actual | $59,854.34 | $260,299.07 | $1.36 | $1.36 | *Q1, Q2, Q3, & Q4 Quarterly Reporting* |
| Repair and Replacement Fund Required | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | *LOM Appendix A-10* |
| *Variance* | *($440,145.66)* | *($239,700.93)* | *($499,998.64)* | *($499,998.64)* | |

