UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COALVIEW CENTRALIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRANSALTA CENTRALIA MINING LLC, a Washington limited liability company, and TRANSALTA CORPORATION, a Canadian corporation,<br><br>Defendants. | NO. 3:18-CV-05639-RBL<br><br>DECLARATION OF STEVE I. SILVERMAN, ESQ. |

## **DECLARATION OF STEVE I. SILVERMAN**

I, Steve I. Silverman, under penalty of perjury, declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration.

2. I am a Founding Member of Kluger, Kaplan, Silverman, Katzen & Levine ("**KKSKL**"), counsel to Plaintiff Coalview Centralia, LLC.

3. I have been practicing law as an attorney licensed in the State of Florida since 1985, and have been admitted to practice *pro hac vice* in this action.

[DECLARATION OF STEVE I. SILERMAN, ESQ.] - 1

4. On June 14, 2019, Coalview served its Second Request for Production, seeking four specific categories of documents relevant to the matters at issue in Defendant TransAlta Centralia Mining LLC's ("**TCM**") Motion for Partial Summary Judgment, simplified as follows: (1) TCM's efforts to repudiate or exit the parties' agreements (Requests 1-5); (2) Coalview's force majeure assertion (relating to the December 2018 dredging incident and subsequent government investigation and K Order) (Requests 6-9); (3) TCM's claim that Coalview is insolvent (Request 10); and (4) Documents supporting TCM's allegations in its Amended Counterclaim (Requests 11-29).

5. In response, TCM raised a host of baseless objections to these relevant requests, and refused to produce any responsive documents.

6. Accordingly, Coalview was forced to file a Motion to Compel (D.E. 197).

7. On October 2, 2019, the Court granted Coalview's Motion to Compel, ordering TCM to produce all non-privileged documents responsive to Coalview's Second Request for Production by October 12, 2019. D.E. 213 at 1.

8. To date, TCM has not produced any additional documents pursuant to the October 2, 2019 Order.

9. It is my understanding that MSHA published its findings online regarding the December 2018 Coalview incident on or about September 4, 2019, listing approximately 46 people involved in the investigation, 7 of which were TCM employees, and 11 of which were MSHA employees.

10. To date, Coalview has not had an opportunity to notice for deposition or subpoena any of the non-Coalview employees identified in MSHA's report.

[DECLARATION OF STEVE I. SILERMAN, ESQ.] - 2

GARVEY SCHUBERT BARER, P.C.
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

11.     Counsel for the parties have been working together with the intention of soon submitting to the Court a stipulated motion seeking to continue the trial date, with a proposed continued trial date in early to mid 2020.

12.     Due to TCM's delays and failures to produce documents responsive to Coalview's discovery requests, as well as the parties' intending to seek a continuance of the trial, to date, no depositions have been taken by either party, including regarding the merits of TCM's MSJ.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 11th day of October 2019.

                                          /s Steve I. Silverman_____
                                         Steve I. Silverman, Esq.

[DECLARATION OF STEVE I. SILERMAN, ESQ.] - 3

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939