The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| COALVIEW CENTRALIA, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANSALTA CENTRALIA MINING LLC, a Washington limited liability company, and TRANSALTA CORPORATION, a Canadian corporation,<br><br>　　　　Defendants. | NO.　3:18-CV-05639-RSM<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR: AUGUST 4, 2021 |

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE
No. 3:18-CV-05639-RSM

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

# STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and LCR 10(g), Plaintiff/Counter-Defendant, Coalview Centralia, LLC, and Defendants/Counter-Plaintiffs, TransAlta Centralia Mining, LLC and TransAlta Corporation (collectively the "Parties"), hereby stipulate to the dismissal of the above-captioned action, including all claims and counterclaims, with prejudice and without an award of costs or attorneys' fees to any party.

**SO STIPULATED** this 4th day of August, 2021.

**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**

By  *s/ Steve I. Silverman*
  Steve I. Silverman (*pro hac vice*)
  Jeremy R. Kreines (*pro hac vice*)
  Philippe Lieberman (*pro hac vice*)
  Miami Center, 27th Floor
  201 South Biscayne Boulevard
  Miami, FL  33131
  Telephone:  (305) 379-9000
  Fax:  (305) 379-3428
  Email:  ssilverman@klugerkaplan.com
  Email:  plieberman@klugerkaplan.com
  Email:  jkreines@klugerkaplan.com

  *Pro Hac Vice Attorneys for Plaintiff Coalview Centralia, LLC*

**FOSTER GARVEY, P.C.**

By  *s/ David R. West*
  David R. West, WSBA #13680
  1191 Second Avenue, 18th Floor
  Seattle, WA  98101
  Telephone:  (206) 464-3939
  Fax:  (206) 464-0125
  Email:  david.west@foster.com

  *Attorneys for Plaintiff Coalview Centralia, LLC*

**SAVITT BRUCE & WILLEY LLP**

By  s/*Miles A. Yanick*
  Miles A. Yanick, WSBA #26603
  Duncan E. Manville, WSBA #30304
  Sarah Gohmann Bigelow, WSBA #43634
  Patrick D. Moore, WSBA #54177
  1425 Fourth Avenue Suite 800
  Seattle, Washington 98101-2272
  Telephone:      206.749.0500
  Facsimile: 206.749.0600
  Email:  myanick@sbwLLP.com
  Email:  dmanville@sbwLLP.com
  Email:  sgohmannbigelow@sbwLLP.com
  Email:  pmoore@sbwLLP.com

  *Attorneys for Defendants TransAlta Centralia Mining LLC and TransAlta Corporation*

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
No. 3:18-CV-05639-RSM

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of August, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
No. 3:18-CV-05639-RSM

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 4th day of August, 2021.

_____
Rondi A. Greer

CERTIFICATE OF SERVICE
No. 3:18-CV-05639-RBL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500